Argued February 21, reversed March 1, 1978.

STATE OF OREGON, *Respondent,*
*v.*
ANTHONY LEVANT STEVENSON, *Appellant.*
(No. 77-3553, CA 9356)
575 P2d 177

Richard Smurthwaite, Deputy Public Defender, Public Defender Services of Lane County, Inc., Eugene, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed. *State v. Washington,* 273 Or 829, 543 P2d 1058 (1975).